Argued August 24, affirmed August 24, 1973

STATE OF OREGON, *Respondent, v.* SHAWN MARIE ELLINGTON (No. 72 4560), *Appellant.*

513 P2d 176

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*Scott McAlister,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before LANGTRY, Presiding Judge, and FORT and THORNTON, Judges.

AFFIRMED FROM THE BENCH.